# United States District Court

_____ DISTRICT OF _____

FILED IN CLERKS OFFICE

2005 MAR 17 P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

Peter A. Spalluto, et al.

V.

Bakey's, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-10385 EFH

TO: (Name and address of defendant)

Bakey's Inc.
c/o Helen Paquen, President
45 Broad Street
Boston, MA   02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera, Esq.
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA   01845

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

MAR - 4 2005
DATE

(BY) DEPUTY CLERK

AO 4

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

March 10, 2005

I hereby certify and return that on 3/9/2005 at 3:40PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to H.Andera, agent and person in charge at the time of service for Bakey's, Inc., at , 45 Broad Street, C/O Helen Paquen, President Boston, MA 02109. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

[ ] Deputy Sheriff    John Cotter

Name of person with whom the summons and complaint were...

Deputy Sheriff

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.