UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. SPALLUTO<br>And ACCESS WITH SUCCESS, INC.,<br>    Plaintiffs<br><br>v.<br><br>HDP, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-CV-10385EFH<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Now comes the undersigned, Brian J. McMenimen, and hereby enters his appearance as counsel for the above-captioned Defendant, HDP, Inc.

Brian J. McMenimen, Esq.
Adler Pollock & Sheehan PC
175 Federal Street
Boston, MA 02110
Tel:   (617)482-0600
Fax:   (617) 482-0604

Respectfully submitted,
HDP, INC.
By his Attorney,

_____
Brian J. McMenimen
BBO #338840
ADLER, POLLOCK & SHEEHAN P.C.
175 Federal Street
Boston, MA 02110
(617) 482-0600

Dated: January 31, 2006

370028_1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the within document was served upon Nicholas S. Guerrera, Esq., Shaheen, Guerrera & O'Leary, LLC, Jefferson Office Park, 820A Turnpike Street, North Andover, MA 01845, by first class U.S. Mail, on January 31, 2006.

                                                           Brian J. McMenimen

*370028_1*

# Driscoll, Mary

| | |
|---|---|
| **Full Name:** | Electronic Filing BJM |
| **Last Name:** | BJM |
| **First Name:** | Electronic |
| | |
| **E-mail:** | BMcMenimen@apslaw.com |
| **E-mail Display As:** | McMenimen, Brian (BMcMenimen@apslaw.com) |



FW: CMecf
egistration Informa.

---

| | |
|---|---|
| **From:** | McMenimen, Brian |
| **Sent:** | Tuesday, January 17, 2006 12:38 PM |
| **To:** | Driscoll, Mary |
| **Subject:** | FW: CMecf Registration Information |

Woo, woo!

-----Original Message-----
From: CMecfRegistrar@mad.uscourts.gov [mailto:CMecfRegistrar@mad.uscourts.gov]
Sent: Tuesday, January 17, 2006 10:14 AM
To: bmcmenimen@apslaw.com
Subject: CMecf Registration Information

Dear Brian J. McMenimen,

Thank you for registering for CM/ECF with the US District Court for the District of Massachusetts. Your account has been set up and this email contains your initial login and password information to access the system.

You can log into the live CM/ECF system by following this link: https://ecf.mad.uscourts.gov/cgi-bin/login.pl or go to the court's web page - www.mad.uscourts.gov and click on E-Filing - CM/ECF and then log in to CM/ECF.

Your login and password to CM/ECF is your digital signature. It is your responsibility to safeguard this information.

Login Name: mcme6235

Password: q2gwj!e7

Please verify that your personal information is correct, by clicking on 'Utilities' and then 'Maintain Your Account'. You can set up your personal e-mail options and maintain your account there. You must update this information any time there is a change. You will now begin receiving Electronic Notices of Filing when documents are electronically filed in any case in which you are entered as an attorney of record. If you do not update your account when your personal information changes, there is a possibility that your electronic notices will not reach you.

You may begin filing documents electronically through CM/ECF now. However, before filing any document in ECF, you must refer to the Standing Orders regarding electronic filing issued by the judges and the Administrative Procedures for Electronic Case Filing in the District of Massachusetts. These documents can be found on our web site at http://www.mad.uscourts.gov under E-filing - CM/ECF. You will also find the CM/ECF User's Guide and ECF training information on our web site.

If you encounter any problems logging in with the account information enclosed in this email, please notify the court immediately, by calling the CM/ECF Help Desk at 866-239-6233.

---