UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PETER A. SPALLUTO** and **ACCESS WITH SUCCESS, INC.,** Plaintiffs </br></br> v. </br></br> **HDP, INC.,** **Defendant** | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 05-cv-10385EFH </br></br> LOCAL RULE 16.1 (D) </br> CERTIFICATE OF PLAINTIFF |

    Pursuant to Local Rule 16.1 (D)(3), the undersigned counsel and parties hereby certify that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course - and various alternatives courses - of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                            Respectfully submitted,

/s/Peter A. Spalluto
Peter A. Spalluto


/s/Scott M. Frotton
Scott M. Frotton,
For Access with Success, Inc.

/s/Nicholas S. Guerrera
Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

/s/Nicholas S. Guerrera
Nicholas S. Guerrera,  BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

Dated: April 14, 2006