UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PETER A. SPALLUTO and
ACCESS WITH SUCCESS, INC.,
                       Plaintiffs

                    v.                       CIVIL ACTION NO.:
                                      05-10385-EFH

BAKEY'S INCORPORATED,
                       Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF STAY

April 3, 2007

HARRINGTON, S.D.J.

     Upon review of the documents filed in this case, the Court denies Defendant HDP, Inc.'s Motion to Dismiss at this time. This case, presently scheduled for trial before the Court, sitting without a jury, seeks the issuance of a permanent injunction. The case is hereby stayed pending the plaintiffs' submitting to the depositions as ordered by the Court. Counsel for the parties are ordered to arrange the taking of said depositions at a mutually agreeable time and place.

     SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                    EDWARD F. HARRINGTON
                                                    United States Senior District Judge