UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER A. SPALLUTO
and ACCESS WITH SUCCESS, INC.,
Plaintiffs

v.

HDP, INC.,
Defendant

CIVIL ACTION NO.: 05-cv-10385-EFH

**DEFENDANT HDP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**

Defendant HDP, Inc. opposes the motion of the plaintiffs for a protective order which seeks, on April 15, 2008, to prevent defendant from conducting depositions that have been scheduled for tomorrow, April 16, 2008.

Without taking up the Court's time describing the defendant's efforts to depose Mr. Spalluto, and to get a genuine spokesperson for Access With Success, Inc, the defendant wants to advise the court that Mr. Spalluto, whom plaintiff's counsel represents to have difficulty traveling, has filed one hundred, forty-one separate lawsuits in US District Courts in Florida, Illinois, Nevada, Georgia, New York, New Jersey and Massachusetts, since the year 2000. (Kindly see Exhibit 1)

In Massachusetts, from a quick P.A.C.E.R. check, Mr. Spalluto has filed eight suits in the past four years, including this one. (Kindly see Exhibit 2)

This is only a rough check through P.A.C.E.R. of federal court claims brought by Mr. Spalluto. Defendant has not undertaken to survey the state court claims this plaintiff has filed. Apparently Mr. Spalluto finds time to travel when it fits his schedule.

The plaintiffs have resisted sitting for depositions since this action was filed.

Defendant has made, and is prepared to document, numerous attempts, either by seeking agreed dates or by serving deposition notices, to conduct discovery in this matter.

At this point, Defendant opposes the effort of the plaintiffs to forestall their depositions yet again, and asks the Court to DENY the Plaintiffs' application.

Respectfully submitted,
HDP, Inc.,
Defendant,
By its attorneys

Brian McMenimen, BBO # 338840
ADLER, POLLOCK & SHEEHAN, PC
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

Date: April 15, 2008

Civil Name Search Results
141 Total Case matches for selection SPALLUTO, PETER 01/01/2000 to 04/14/2008 for AL
Tue Apr 15 11:58:12 2008

| Name | Court | Case No. | Filed |
|---|---|---|---|
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Sunshine Real Estate, et al | flmdce | 6:2003cv00002 | 01/02/2003 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Garlick | flmdce | 6:2003cv00003 | 01/02/2003 |
| SPALLUTO, PETER<br>Access for America, et al v. HMA Realty Limited | gandce | 1:2003cv00017 | 01/06/2003 |
| SPALLUTO, PETER<br>Access for America, et al v. Marriott Suites Limi | gandce | 1:2003cv00018 | 01/06/2003 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Jeru | flmdce | 6:2003cv00046 | 01/13/2003 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Northern Trust Bank | flmdce | 6:2003cv00057 | 01/15/2003 |
| SPALLUTO, PETER<br>Spalluto v. Hess Corporation | flmdce | 6:2008cv00072 | 01/16/2008 |
| SPALLUTO, PETER<br>Not Used | nvdce | 2:2007cv00093 | 01/24/2007 |
| SPALLUTO, PETER<br>Spalluto et al v. Wynn Resorts Holdings et al | nvdce | 2:2007cv00096 | 01/24/2007 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. CTF Hotel Holdings, et al | gandce | 1:2004cv00181 | 01/23/2004 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. West Peachtree Hotel | gandce | 1:2003cv00189 | 01/22/2003 |
| SPALLUTO, PETER<br>ACCESS 4 ALL, INC. et al v. BRICKTOWN PLAZA ASSOCIATES | njdce | 3:2008cv00214 | 01/14/2008 |
| SPALLUTO, PETER<br>Access 4 All, Inc. et al v. The Downtown L.L.C. | nysdce | 1:2007cv00253 | 01/11/2007 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Luckie Cone, LLC | gandce | 1:2003cv00397 | 02/11/2003 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Varsity Realty Corp | gandce | 1:2003cv00398 | 02/11/2003 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. BAY HARBOR PLAZA, et al | njdce | 3:2001cv00690 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. STELLA PLAZA, et al | njdce | 3:2001cv00691 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. ANCHORAGE SQUARE, et al | njdce | 3:2001cv00692 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. SEAGULL SQUARE, et al | njdce | 3:2001cv00693 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. 74 PAVILLION CENTER, et al | njdce | 3:2001cv00694 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. LAUREL SQUARE ANNEX, et al | njdce | 3:2001cv00695 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. PAVILION AT BRICK, et al | njdce | 3:2001cv00696 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. RAZIN PLAZA, et al | njdce | 3:2001cv00699 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. KOHLS SHOP CENTER, et al | njdce | 3:2001cv00700 | 02/13/2001 |
| SPALLUTO, PETER<br>SPALLUTO, et al v. CROSS RIVER MALL, et al | njdce | 3:2001cv00701 | 02/13/2001 |
| SPALLUTO, PETER<br>Access 4 All, Inc., et al v. Interconn Ponte Vedr | flmdce | 3:2003cv00833 | 09/29/2003 |
| SPALLUTO, PETER | flmdce | 3:2003cv00840 | 09/30/2003 |

| Case | Court | Case Number | Date |
|---|---|---|---|
| Access 4 All, Inc., et al v. Ameliatel | | | |
| SPALLUTO, PETER | flmdce | 3:2003cv00885 | 10/17/2003 |
| Access 4 All, Inc., et al v. Cedar Equities, LTD. | | | |
| SPALLUTO, PETER | gandce | 1:2003cv01055 | 04/21/2003 |
| Access 4 All, Inc., et al v. Rothouse, et al | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01062 | 09/12/2002 |
| Access 4 All, Inc., et al v. Deslin Hotels, Inc. | | | |
| SPALLUTO, PETER | nvdce | 2:2007cv01076 | 08/14/2007 |
| Access 4 All, Inc. et al v. Colony Resorts LVH Acquisitions, LLC | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01125 | 09/30/2002 |
| Access 4 All, Inc., et al v. Bhana Corporation | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01126 | 09/30/2002 |
| Access 4 All, Inc., et al v. Continental | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01149 | 04/01/2003 |
| Access 4 All, Inc., et al v. Balaji of Datona LLC, et al | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01202 | 10/15/2002 |
| Access 4 All, Inc., et al v. Expo Hotel Assoc LTD | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01203 | 10/15/2002 |
| Access 4 All, Inc., et al v. Bray & Gillespie, et al | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01205 | 10/15/2002 |
| Access 4 All, Inc., et al v. Bray & Gillespie, et al | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01234 | 10/21/2002 |
| Access 4 All, Inc., et al v. Fun & Sun Resorts | | | |
| SPALLUTO, PETER | nvdce | 2:2006cv01259 | 10/09/2006 |
| Access 4 All, Inc. et al v. Rebel Oil Company, Inc. | | | |
| SPALLUTO, PETER | nvdce | 2:2006cv01260 | 10/09/2006 |
| Access 4 All, Inc. et al v. Emerald Suites Tropicana Phase II, LLC | | | |
| SPALLUTO, PETER | nvdce | 2:2007cv01267 | 09/18/2007 |
| Access 4 All, Inc. et al v. Station Casinos , Inc. | | | |
| SPALLUTO, PETER | flmdce | 6:2003cv01316 | 09/11/2003 |
| Access 4 All, Inc. v. Surfside Resort, et al | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01328 | 11/05/2002 |
| Access 4 All, Inc., et al v. Daytona Beach Kennel, et al | | | |
| SPALLUTO, PETER | nvdce | 2:2006cv01376 | 10/30/2006 |
| Access 4 All, Inc. v. 155 East Tropicana, LLC | | | |
| SPALLUTO, PETER | nvdce | 2:2006cv01377 | 10/30/2006 |
| Access 4 All, Inc. et al v. Gold Rush Casino and Hotel, LLC | | | |
| SPALLUTO, PETER | nvdce | 2:2006cv01378 | 10/30/2006 |
| Access 4 All, Inc. et al v. Kosla et al | | | |
| SPALLUTO, PETER | nvdce | 2:2006cv01379 | 10/30/2006 |
| Access 4 All, Inc. et al v. Tropicana Station, LLC | | | |
| SPALLUTO, PETER | flsdce | 1:2000cv01418 | 04/20/2000 |
| Spalluto v. Figaro's Inc. | | | |
| SPALLUTO, PETER | flmdce | 6:2003cv01460 | 10/10/2003 |
| Access 4 All, Inc., et al v. OCN Palms, Ltd. | | | |
| SPALLUTO, PETER | flmdce | 6:2003cv01475 | 10/15/2003 |
| Access 4 All, Inc., et al v. Bass Maingate West, et al | | | |
| SPALLUTO, PETER | flmdce | 6:2003cv01516 | 10/22/2003 |
| Access 4 All, Inc., et al v. Ocean Landing | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01536 | 12/20/2002 |
| Access 4 All, Inc., et al v. Innkeeper's Motor | | | |
| SPALLUTO, PETER | flmdce | 6:2002cv01557 | 12/27/2002 |
| Access 4 All, Inc., et al v. Amerada Hess Corpora, et al | | | |
| SPALLUTO, PETER | njdce | 3:2008cv01754 | 04/10/2008 |
| ACCESS 4 ALL, INC. et al v. TRAHANAS REALTY, L.L.C. et al | | | |
| SPALLUTO, PETER | flmdce | 6:2004cv01802 | 12/10/2004 |
| Access 4 All, Inc. et al v. Omni-Championsgate Resort Hotel, LP | | | |
| SPALLUTO, PETER | njdce | 2:2004cv02117 | 05/04/2004 |
| SPALLUTO v. METRO STATE et al | | | |
| SPALLUTO, PETER | njdce | 2:2004cv02118 | 05/04/2004 |

SPALLUTO v. REMINGTON HOTEL CORP. et al
SPALLUTO, PETER njdce 1:2004cv02633 06/04/2004
SPALLUTO et al v. AZTAR CORPORATION
SPALLUTO, PETER ilndce 1:2006cv02855 05/24/2006
Access 4 All, Inc. et al v. Tejany Hospitality, L.L.C.
SPALLUTO, PETER ilndce 1:2006cv02967 05/30/2006
Access 4 All, Inc. et al v. Meristar Sub 7D, LLC
SPALLUTO, PETER ilndce 1:2006cv03114 06/06/2006
Access 4 All, Inc. et al v. JP Morgan Chase & Co
SPALLUTO, PETER ilndce 1:2006cv03180 06/09/2006
Access 4 All, Inc. et al v. Renaissance Oakbrook Hotel, LLC et al
SPALLUTO, PETER gandce 1:2003cv03899 12/16/2003
Acces 4 All, et al v. Lepercq Altanta Ren
SPALLUTO, PETER gandce 1:2003cv03900 12/16/2003
ACCESS 4 All, Inc., et al v. Courtyard By Marriot
SPALLUTO, PETER njdce 2:2006cv04006 08/23/2006
ACCESS 4 ALL, INC. et al v. CVS PHARMACY, INC.
SPALLUTO, PETER ilndce 1:2006cv04122 07/31/2006
Access 4 All, Inc. et al v. Essex Inn, L.L.C.
SPALLUTO, PETER ilndce 1:2006cv04123 07/31/2006
Access 4 All, Inc. et al v. Hilton Hotels Corporation
SPALLUTO, PETER njdce 2:2006cv04710 09/29/2006
ACCESS 4 ALL, INC. et al v. PROMUS HOTEL SERVICES, INC.
SPALLUTO, PETER njdce 1:2007cv04985 10/17/2007
ACCESS 4 ALL, INC. et al v. KIMCO OF CHERRY HILL, INC.
SPALLUTO, PETER flsdce 1:2001cv05116 12/21/2001
Access 4 All, Inc., et al v. Courthouse Tower
SPALLUTO, PETER flsdce 1:2001cv05156 05/10/2002
Access 4 All, et al v. Vale Management, Inc, et al
SPALLUTO, PETER ilndce 1:2006cv05241 09/27/2006
Access 4 All, Inc. et al v. Schiller Lodges, L.L.C.
SPALLUTO, PETER ilndce 1:2006cv05250 09/27/2006
Access 4 All Inc et al v. Chicago Grande Inc
SPALLUTO, PETER njdce 3:2007cv05254 10/31/2007
ACCESS 4 ALL, INC. et al v. AMERADA HESS CORPORATION et al
SPALLUTO, PETER njdce 1:2007cv05333 11/06/2007
ACCESS 4 ALL, INC. et al v. RIH ACQUISITIONS NJ, LLC
SPALLUTO, PETER njdce 1:2005cv05624 10/02/2006
ACCESS 4 ALL, INC. et al v. 539 ABSECON BOULEVARD, L.L.C.
SPALLUTO, PETER njdce 1:2006cv05638 11/27/2006
SPALLUTO et al v. ADAMAR OF NEW JERSEY, INC. et al
SPALLUTO, PETER njdce 1:2006cv05892 12/09/2006
ACCESS 4 ALL, INC. et al v. TROCKI HOTELS, L.P.
SPALLUTO, PETER ilndce 1:2006cv05897 10/31/2006
Access 4 All Inc et al v. Felcor Lodging Limited Partnership
SPALLUTO, PETER flsdce 0:2000cv06007 01/05/2000
Advocates, et al v. Pompano Land, LLC
SPALLUTO, PETER flsdce 0:2000cv06025 01/07/2000
Advocates, et al v. Sea Castle Resort, et al
SPALLUTO, PETER flsdce 0:2000cv06090 01/19/2000
Advocates, et al v. Fortune Investments, et al
SPALLUTO, PETER flsdce 0:2000cv06137 01/28/2000
Advocates, et al v. El Mar Tropic Ranch
SPALLUTO, PETER njdce 2:2000cv06164 12/21/2000
ACCESS-ABILITY, INC. v. ACCESS-ABILITY, INC., et al
SPALLUTO, PETER flsdce 0:2000cv06532 04/14/2000
Advocates, et al v. TFV Properties, LTD.
SPALLUTO, PETER flsdce 0:2000cv06782 08/27/2001
Spalluto v. Sultan
SPALLUTO, PETER flsdce 0:2000cv06786 06/09/2000

| | | | |
|---|---|---|---|
| Spalluto v. Flanigan's, et al | | | |
| SPALLUTO, PETER | flsdce | 0:2001cv07044 | 06/20/2001 |
| Access 4 All, Inc., et al v. Orleans Motel, Inc. | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07174 | 09/09/2004 |
| Access 4 All, Inc. et al v. Park Lane Hotel, Inc. | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07175 | 09/09/2004 |
| Access 4 All, Inc. et al v. 222 East 39th Street Co. | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07176 | 09/09/2004 |
| Access 4 All, Inc. et al v. Carnegie Real Estate, LLC | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07177 | 09/09/2004 |
| Access 4 All, Inc. et al v. 401 Hotel Reit, LLC | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07178 | 09/09/2004 |
| Access 4 All, Inc. et al v. Milburn Hotel, LLC | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07179 | 09/09/2004 |
| Access 4 All, Inc. et al v. Bryant Associates et al | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07180 | 09/09/2004 |
| Access 4 All, Inc, et al v. Shefield Hotel Associates, L.P. | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07496 | 09/22/2004 |
| Access 4 All, Inc. et al v. DP & DP Associates | | | |
| SPALLUTO, PETER | nysdce | 1:2004cv07497 | 11/17/2005 |
| Access 4 All, Inc. et al v. Trump International Hotel & Tower et al | | | |
| SPALLUTO, PETER | nysdce | 1:2007cv08302 | 09/24/2007 |
| Access 4 All Inc. et al v. Iroquois Hotel, L.L.C. | | | |
| SPALLUTO, PETER | nysdce | 7:2005cv09814 | 11/21/2005 |
| Access 4 All, Inc. et al v. Euro-American Lodging Corporation | | | |
| SPALLUTO, PETER | nysdce | 1:2005cv09815 | 11/21/2005 |
| Access 4 All, Inc. et al v. The Sherry-Netherland, Inc | | | |
| SPALLUTO, PETER | madce | 1:2006cv11008 | 06/08/2006 |
| Spalluto v. Host Marriott Corporation | | | |
| SPALLUTO, PETER | madce | 1:2004cv12237 | 10/25/2004 |
| Access 4 All, Inc. et al v. Buckminster Hotel Corporation | | | |
| SPALLUTO, PETER | madce | 1:2004cv12239 | 10/25/2004 |
| Access 4 All, Inc., et al v. Mercury Huntington Corp., | | | |
| SPALLUTO, PETER | madce | 1:2005cv12279 | 11/15/2005 |
| Access 4 All, Inc. et al v. President and Fellows of Harvard College | | | |
| SPALLUTO, PETER | flsdce | 1:2002cv20084 | 01/09/2002 |
| Access 4 All, et al v. Miami Bay | | | |
| SPALLUTO, PETER | flsdce | 1:2003cv20308 | 02/12/2003 |
| Access 4 All, Inc., et al v. The Graham Companies, et al | | | |
| SPALLUTO, PETER | flsdce | 1:2002cv20488 | 02/14/2002 |
| Access 4 All, Inc., et al v. Blue Seas Associates | | | |
| SPALLUTO, PETER | flsdce | 1:2002cv21724 | 06/10/2002 |
| Access 4 All, et al v. Athens Hotels, Inc., et al | | | |
| SPALLUTO, PETER | flsdce | 1:2002cv23141 | 10/24/2002 |
| Access 4 All Inc, et al v. Tsay | | | |
| SPALLUTO, PETER | flsdce | 0:2003cv60193 | 02/12/2003 |
| Access 4 All, Inc., et al v. Miami Anchor | | | |
| SPALLUTO, PETER | flsdce | 0:2002cv60242 | 02/19/2002 |
| Access 4 All, Inc., et al v. Lazbob Property, LLC | | | |
| SPALLUTO, PETER | flsdce | 0:2002cv60243 | 04/10/2002 |
| Access 4 All, Inc., et al v. Singleton, et al | | | |
| SPALLUTO, PETER | flsdce | 0:2002cv60283 | 02/26/2002 |
| Access 4 All, Inc., et al v. J. C. Enterprises, et al | | | |
| SPALLUTO, PETER | flsdce | 0:2002cv60359 | 03/13/2002 |
| Access 4 All, Inc., et al v. Hess Realty Corp, et al | | | |
| SPALLUTO, PETER | flsdce | 0:2002cv60399 | 03/21/2002 |
| Access 4 All, Inc., et al v. Kimmel, et al | | | |
| SPALLUTO, PETER | flsdce | 0:2002cv60492 | 04/10/2002 |
| Access 4 All, Inc., et al v. Hollywood Hills | | | |
| SPALLUTO, PETER | flsdce | 0:2007cv60560 | 04/18/2007 |

Access 4 All, Inc. et al v. PFL VI, LLC
SPALLUTO, PETER flsdce 0:2007cv60586 04/20/2007
Access 4 All, Inc. et al v. THE AFFIRMED CORPORATION
SPALLUTO, PETER flsdce 0:2007cv60587 04/20/2007
Access 4 ALL, Inc. et al v. Innkeepers USA Limited Partnership
SPALLUTO, PETER flsdce 0:2002cv60641 05/09/2002
Access 4 All, Inc., et al v. Mazal Tov 613, Inc.
SPALLUTO, PETER flsdce 0:2004cv60649 05/14/2004
Spalluto v. Deerfield Beach
SPALLUTO, PETER flsdce 0:2003cv60951 05/21/2003
Spalluto v. Las Olas Riverside H
SPALLUTO, PETER flsdce 0:2007cv61035 07/25/2007
Access 4 All, Inc. et al v. CS Hospitality LLC
SPALLUTO, PETER flsdce 0:2002cv61270 09/11/2002
Access 4 All, Inc., et al v. Gami Oceanfront LLC, et al
SPALLUTO, PETER flsdce 0:2005cv61409 08/22/2005
Access 4 All, Inc., et al v. Park Lane Hotel, Inc
SPALLUTO, PETER flsdce 0:2002cv61597 11/12/2002
Spalluto v. Amereda Hess Corp
SPALLUTO, PETER flsdce 0:2004cv61740 12/30/2004
Access 4 All, Inc., et al v. Atlantic Hotel Condo, et al
SPALLUTO, PETER flsdce 0:2005cv61803 11/22/2005
Access 4 All, Inc., et al v. Pelican Beach Hotel
SPALLUTO, PETER flsdce 0:2003cv62047 11/14/2003
Access 4 All, Inc., et al v. Apollon One Corp., et al
SPALLUTO, PETER flsdce 0:2003cv62165 12/05/2003
Access 4 All, Inc., et al v. Fram Fed Seven, Inc.
SPALLUTO, PETER flsdce 9:2003cv80149 02/28/2003
Access 4 All, et al v. MDN Wharfside, Ltd
SPALLUTO, PETER flsdce 9:2003cv80413 05/21/2003
Wilder, et al v. Manalapan Hotel, et al
SPALLUTO, PETER flsdce 9:2003cv80485 05/29/2003
Spalluto v. Woolbright Golf Ltd.
SPALLUTO, PETER A. gandce 1:2003cv00188 01/22/2003
Access 4 All, Inc., et al v. Peachtree Battle Inm
SPALLUTO, PETER A. flmdce 6:2002cv01262 10/24/2002
Access 4 All, Inc., et al v. Brown, et al
SPALLUTO, PETER A. flsdce 1:2001cv02721 06/26/2001
Access 4 All, et al v. Dade County Police
SPALLUTO, PETER A. gandce 1:2003cv03902 12/16/2003
Access 4 All, Inc., et al v. Choice Hotels
SPALLUTO, PETER A. madce 1:2004cv10249 02/05/2004
Spalluto et al v. KSA Realty Trust et al
SPALLUTO, PETER A. madce 1:2005cv10385 02/28/2005
Spalluto et al v. HDP, Inc.
SPALLUTO, PETER A. madce 1:2006cv11195 07/11/2006
Smith v. Pier View Restaurant, Inc.
SPALLUTO, PETER A. madce 1:2004cv12154 10/12/2004
Access 4 All, Inc. et al v. Bre/Swiss, LLC.

# U.S. Party/Case Index

## Civil Name Search Results

**8 Total Party matches for selection SPALLUTO, PETER 01/01/2000 to 04/14/2008 for FIRST CIRCUIT**
**Search Complete**
**Tue Apr 15 11:54:42 2008**
**Selections 1 through 8 (Page 1)**

Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1 SPALLUTO, PETER | madce | 1:2006cv11008 | 06/08/2006 | 446 | 10/05/2006 |
| Spalluto v. Host Marriott Corporation | | | | | |
| 2 SPALLUTO, PETER | madce | 1:2004cv12237 | 10/25/2004 | 443 | 05/25/2006 |
| Access 4 All, Inc. et al v. Buckminster Hotel Corporation | | | | | |
| 3 SPALLUTO, PETER | madce | 1:2004cv12239 | 10/25/2004 | 443 | 04/13/2006 |
| Access 4 All, Inc., et al v. Mercury Huntington Corp., | | | | | |
| 4 SPALLUTO, PETER | madce | 1:2005cv12279 | 11/15/2005 | 446 | 09/12/2006 |
| Access 4 All, Inc. et al v. President and Fellows of Harvard College | | | | | |
| 5 SPALLUTO, PETER A. | madce | 1:2004cv10249 | 02/05/2004 | 440 | 11/08/2004 |
| Spalluto et al v. KSA Realty Trust et al | | | | | |
| 6 SPALLUTO, PETER A. | madce | 1:2005cv10385 | 02/28/2005 | 440 | |
| Spalluto et al v. HDP, Inc. | | | | | |
| 7 SPALLUTO, PETER A. | madce | 1:2006cv11195 | 07/11/2006 | 440 | 07/05/2007 |
| Smith v. Pier View Restaurant, Inc. | | | | | |
| 8 SPALLUTO, PETER A. | madce | 1:2004cv12154 | 10/12/2004 | 443 | 04/19/2005 |
| Access 4 All, Inc. et al v. Bre/Swiss, LLC. | | | | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2008 11:54:42 | | | |
| **PACER Login:** | ap0009 | **Client Code:** | 400806-002-046 |
| **Description:** | Civil srch pg 1 | **Search Criteria:** | SPALLUTO, PETER 01/01/2000 to 04/14/2008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**U.S. Party/Case Index - Home**
**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal